IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CHRISTOPHER REED**                                        **PETITIONER**

VS.                    **CASE NO. 2:15CV00036 PSH**

**C.V. RIVERA, Warden**                                     **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 6th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE